R# 152023

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

11 MAR 14 AM 11: 04

| In Re: | ) Case No. 09-17369 |
|---|---|
| | ) |
| David Young | ) Chapter 7 |
| Nancy Young | ) |
| | ) Judge Randolph Baxter |
| Debtors | ) |

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3016 in the amount of $748.16, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| **Capital One Bank (USA), N.A.**<br>**c/o TSYS Debt Management**<br>**P.O. Box 5155**<br>**Norcross, GA 30091** | 4 | $7,128.91 | $374.00 |
| **Capital One Bank (USA), N.A.**<br>**c/o TSYS Debt Management**<br>**P.O. Box 5155**<br>**Norcross, GA 30091** | 5 | $7,131.85 | $374.16 |

Dated: March 8, 2011

/s/ Sheldon Stein
Sheldon Stein, Trustee

cc: United States Truste